Form SFOFFind

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: Eden E. Lapus  
Debtor(s)

Case No.: 10–30089 TEC 13  
Chapter: 13

**ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL**

The debtor(s) named above failed to file the documents listed below.

* Summary of Schedules (Official Form 6)
* Statistical Summary of Certain Liabilities (Official Form 6)
* Schedule A – Real Property (Official Form 6)
* Schedule B – Personal Property (Official Form 6)
* Schedule C – Property of Claimed as Exempt (Official Form 6)
* Schedule D – Creditors Holding Secured Claims (Official Form 6)
* Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
* Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
* Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
* Schedule H – Codebtors (Official Form 6)
* Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
* Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
* Statement of Financial Affairs (Official Form 7)
* Statement of Current Monthly Income and means Test Calculation (Form B22)
* Chapter 13 Plan
* A Certificate from the Approved Nonprofit Budget and Credit Counseling Agency that prior to the filing of the petition, provided the debtor services under Bankruptcy Code, Section 109(h).
*

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §§521(a)(1); (b) files a written request under 11 U.S.C. §§521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §§521(I).

Dated: 1/14/10

By the Court:

Thomas E. Carlson  
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: iaguilar          Page 1 of 1              Date Rcvd: Jan 14, 2010
Case: 10-30089                Form ID: SFOFFIND       Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 16, 2010.
db            +Eden E. Lapus,   386 Wellington Ave,   Daly City, CA 94014-1128

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**                           Signature:        *Joseph Speetjens*